IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANH TUAN VU NGUYEN<br><br>PLAINTIFF,<br><br>v.<br><br>UR MENDOZA JADDOU,<br>DIRECTOR OF U.S. CITIZENSHIP<br>AND IMMIGRATION SERVICES,<br><br>DEFENDANT. | Civil Action No.<br><br>1:23-cv-00728-CAP |

ORDER

Having read and considered Defendant's Consent Motion for Enlargement of Time to file a responsive pleading or motion to Plaintiff's Complaint for Writ of Mandamus and Declaratory Relief, and for good cause shown, it is hereby ORDERED that Defendant shall be granted an extension of time to file a responsive pleading or motion to Plaintiff's Complaint for Writ of Mandamus and Declaratory Relief, through and including May 25, 2023.

So ordered this 25th day of April 2023.

/s/ Charles A. Pannell, Jr.
Honorable Charles A. Pannell, Jr.
United States District Judge

Presented By:

*/s/ Andres H. Sandoval*
ANDRES H. SANDOVAL
*Assistant United States Attorney*
Georgia Bar No. 643257